# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**BRICE BUILDING CO., INC.,**

    **Plaintiff,**

**vs.**                                                        Case No.: 5:10-mc-5/RS-GRJ

**LANDMARK GENERAL CONTRACTORS,**

**INC.,**

    **Defendant,**

**and**

**VISION BANK**

    **Garnishee.**

_____/

## **ORDER**

Before me is the Plaintiff's Motion for Writ of Garnishment and Appointment of Special Process Server (Doc. 2).

**IT IS ORDERED**:

1. The Motion is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 64 and 69, and Fla. Stat. § 77.01, *et seq.*, the Clerk of the Court is directed to issue the Writ of Garnishment directed to the Garnishee, VISION BANK.

3. Pursuant to Fed. R. Civ. P. 4.1(a), Mr. Charles Lance, an agent of L. Lance & Associates, LLC, is appointed as the special process server who shall serve the Writ of Garnishment.

**ORDERED** on January 3, 2010

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**