IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRICE BUILDING CO., INC.,**

    **Plaintiff,**

**vs.**                                                                      Case No.: 5-10-mc-5/RS-GRJ

**LANDMARK GENERAL CONTRACTORS, INC.,**

    **Defendant,**

**and**

**SUMMIT BANK,**

    **Garnishee.**

_____/

## **ORDER**

Before me is the Plaintiff's Motion for Writ of Garnishment and Appointment of Special Process Server (Doc. 10).

**IT IS ORDERED**:

1. The Motion is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 64 and 69, and Fla. Stat. § 77.01, *et seq*., the Clerk of the Court is directed to issue the Writ of Garnishment directed to the Garnishee, SUMMIT BANK.

3. Pursuant to Fed. R. Civ. P. 4.1(a), Mr. Charles Lance, an agent of L. Lance & Associates, LLC, is appointed as the special process server who shall serve the Writ of Garnishment.

**ORDERED** on January 31, 2011

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**